

April 30, 2009

***Via Federal Express***

Ms. Lindsay Cohen, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63121

Re:  Trademark Application for INTELLACT in classes 35, 36 and 44
     Our Ref.: 10349

Dear Ms. Cohen:

Intel Corporation ("Intel") has learned that you have filed U.S. Trademark Application Serial No. 77/649,295 on behalf of your client Express Scripts, Inc. for the mark INTELLACT and that your client intends to use this mark in connection with consulting services regarding pharmaceuticals, prescriptions, medications, and healthcare.

As you know, Intel is a well-known producer of a wide range of computer, communication, software, networking, and Internet-related products and services, in connection with which Intel adopted and maintains a large family of INTEL-based trademarks and trade names dating back to 1968. Through Intel's substantial use and promotion, the INTEL name and marks are considered among the most famous in the world. As such, they are afforded a broad scope of protection under U.S. and foreign intellectual property laws.

Given Intel's strong presence in the computer industry and the fact that Intel actively provides a wide range of medical and healthcare products and services, Intel believes that your client's use of INTELLACT is likely to deceive or confuse consumers as to the source of your client's products and services, and/or suggest some affiliation or relationship with Intel that does not exist. Furthermore, any use of INTELLACT is likely to dilute the famous INTEL mark under both Federal and state law. Use of the INTELLACT trademark thus constitutes infringement of Intel's established trademark rights and violates Intel's rights under the laws of trademark dilution and unfair competition law. Accordingly, Intel must insist that your client abandon its INTELLACT trademark application.

**Intel Corporation**
2200 Mission College Blvd.
RNB-151
Santa Clara, CA 95052

Please note that our intention is not to disrupt your client's business but to protect Intel's trade name and trademark rights. We are therefore interested in settling this matter in an efficient and amicable manner. If your client is amenable to a name change, Intel is willing to offer a reasonable phase-out period to facilitate the transition to a new name.

Please provide your client's written assurances that they will promptly comply with this request by May 22, 2009. We thank you for your cooperation in this matter and look forward to a timely response.

Regards,

Christopher George
Senior Attorney
INTEL CORPORATION
Tel: (408) 653-9396
Fax: (408) 765-6071
E-mail: *christopher.e.george@intel.com*

Intel Corporation
2200 Mission College Blvd.
RNB-151
Santa Clara, CA 95052